

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2015

No. 04-14-00652-CR

Emilio Rene **MARTINEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. 13-CRD-90
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

We **grant** appellant's motion for extension of time to file his brief. We **order** appellant's brief due **January 28, 2015**. No further extensions will be granted absent a showing of extraordinary circumstances.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court